COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| UPCURVE ENERGY PARTNERS, LLC, | § | No. 08-21-00156-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| KURT MUENCH, LANCE MUENCH, MARK MUENCH, FRANK W. FOUTS IV, and SHEILA STIBOLT, | § | of Reeves County, Texas |
| | § | (TC# 19-09-23159-CVR) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part, and reversed and remanded in part. The judgment of the trial court denying Appellant's summary judgment motion is affirmed. The portion of the trial court's judgment granting Appellees' summary judgment motion is reversed, and the case is remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Appellant recover from Appellees' all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 21ST DAY OF FEBRUARY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J. (not participating)